UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MOSQUERA GAMBOA,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. CV 17-3303 DSF(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition") and accompanying documents, and all of the records herein, including the August 1, 2018 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), documents as to which judicial notice is taken in the Report and Recommendation, and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

///

IT IS HEREBY ORDERED: (1) the Petition is construed as a motion arising under Section 2255; (2) the Petition/Section 2255 motion and this action are dismissed without prejudice for lack of jurisdiction; (3) alternatively – in the event petitioner is deemed to have made an adequate showing that his remedy under Section 2255 is inadequate or ineffective – the Petition is denied on the merits and this action is dismissed with prejudice; and (4) the Clerk shall enter Judgment accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and any counsel for respondent.

DATED: 8/31/18 _____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE