UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDGAR MOSQUERA GAMBOA, ) Case No. CV 17-3303 DSF(JC)
)
    Petitioner, ) JUDGMENT
)
  v. )
)
UNITED STATES OF AMERICA, )
)
    Respondent. )
_____

    Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that (1) the "Petition for Writ of Habeas Corpus (2241)" ("Petition") is construed to be a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 ("Section 2255 Motion") and the Petition/Section 2255 Motion and this action be dismissed without prejudice for lack of jurisdiction; or (2) alternatively – in the event petitioner is deemed to have made an adequate showing that his remedy under Section 2255 is inadequate or ineffective – the Petition is denied on the merits and this action is dismissed with prejudice.

DATED: 8/31/18     _____
                            HONORABLE DALE S. FISCHER
                            UNITED STATES DISTRICT JUDGE